# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Taron Agazaryan, et al.,<br><br>Defendants. | Case No. 2:21-cr-00302-GMN-DJA-5<br><br>**Order** |

Before the Court is Taron Agazaryan's letter, filed pro se, asking the Court to provide him with certain documents in his criminal case. (ECF No. 242). However, Agazaryan is represented by counsel. Therefore, he "may not personally file a document with the court; all filings must…be made by the attorney." Local Rule IA 11-6(a). Agazaryan should direct his request for documents to his counsel.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to **strike** the letter filed at ECF No. 242. *See* Local Rule IC 7-1.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Agazaryan a copy of this order at the below address:

Taron Agazaryan #77516-509
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378

DATED: April 2, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE